UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10CR-51-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : ORDER |
| ELIAS GARCIA VALLECILLOS A/K/A CARLOS ALBERTO GIRON | : |

The United States has requested the Indictment, and court record in the case, be amended to reflect action against ELIAS GARCIA-VILLANUEVA, also known as ELIAS GARCIA VALLECILLOS, also known as CARLOS ALBERTO GIRON. Finding the requested change to be a misnomer, and noting the defendant has been adequately apprised of the charges against him, therefore facing no surprise at trial with the addition of his true name in the indictment, it is hereby

ORDERED the Indictment and court record be changed to reflect the defendant as ELIAS GARCIA-VILLANUEVA, also known as ELIAS GARCIA VALLECILLOS, also known as CARLOS ALBERTO GIRON.

So Ordered, this __10__ day of January, 2011.

JAMES C. DEVER, III
United States District Court Judge